UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

**Before the Honorable James A. Parker**

**Clerk's Minutes**

**Case Title:** *United States v. Yusef Casanova*
**Case Number:** 16 CR 2917 JAP
**Date:** September 26, 2017

**Courtroom Clerk:** Rachel Giron
**Court Reporter:** John De La Rosa

**Attorney(s) Present for Plaintiff United States:**
Norman Cairns & Samuel Hurtado

**Attorney(s) Present for Defendant:**
Brian Pori

**Type of Proceeding:** Discovery Hearing

*Start Time*: 11:02 a.m.
*End Time*: 12:04 p.m.
*Total Time in Court*: 1 hour, 2 minutes

**Notes on the Proceedings:**

| | |
|---|---|
| 11:02 a.m. | Court in session. Counsel state apearances. Norman Cairns and Samuel Hurtado for the United States. Brian Pori for Defendant Yusef Casanova, who is present. With Mr. Pori is paralegal Stephanie Porter. |
| 11:03 a.m. | Defense argues in favor of requested discovery. |
| 11:09 a.m. | Court inquires as to other methods of obtaining the requested information. |
| 11:10 a.m. | United States argues objections to discovery requests. |
| 11:21 a.m. | Court asks counsel for detail on information Defense already possesses and scope of information requested and existing records. |
| 11:26 a.m. | Counsel argue relevance and materiality of requested discovery. |
| 11:40 a.m. | United States argues that Defendant does not have a right to requested discovery. |

| | |
|---|---|
| 11:46 a.m. | Court asks United States to find out whether ATF Agent Johnson kept a log of NCIC reports requested. Mr. Cairns will ask and will inform the Court, but objects to providing such a log to Defendant if it does exist. Court asks that logs be provided for in camera review if they exist. Mr. Cairns will provide those, and has other documents that will be given to the Court for in camera review and ruling on production. |
| 11:50 a.m. | Court asks Mr. Pori to identify the cases he of which he is aware where a Black defendant was arrested but a White supplier was not arrested. Mr. Cairns will provide any information he has on cases showing the opposite. Court will continue the hearing after reviewing the information provided by Counsel. Defense will attempt to obtain requested discovery information from CJA counsel for other defendants arrested during this operation, in a manner that does not violate any protective orders. |
| 12:04 p.m. | Court in recess. |